NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAURICE GRAYTON,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3161

---

Petition for review of the Merit Systems Protection Board in case no. SF0731100446-I-1.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

## ORDER

Maurice Grayton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 2 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Maurice Grayton
     Matthew H. Solomson, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 2 8 2010**

**JAN HORBALY
CLERK**